UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------
JIMMIE L. MCRAE,

                                        Plaintiff,


                        -v.-
                                                            9:02-CV-291
                                                            (GLS)(RFT)

KATHLEEN REYNOLDS, as Executrix of the
Estate of Edward F. Reynolds, deceased,

                                        Defendants.
------------------------------------------------------------------------------
APPEARANCES:                            OF COUNSEL:

JIMMIE L. MCRAE
*Pro Se*
95-B-0784
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403-2500

HON. ELIOT SPITZER                      JAMES SEAMAN
New York State Attorney General         Assistant Attorney General
The Capitol
Albany, NY 12224

GARY L. SHARPE, U.S. DISTRICT JUDGE

## ORDER

        This action was commenced by Jimmie L. McRae on February 28, 2002.

McRae's death was suggested on the record by a notice filed January 3, 2006 by the

Office of the New York State Attorney General.  *See Dkt. No. 59.*  The notice was

accompanied by McRae's death certificate and a declaration of service stating that the

Suggestion of Death under 25(a) of the Federal Rules of Civil Procedure was served

upon McRae's representative as listed on his death certificate.[1]

        FED. R. CIV. P. 25(a) sets forth the procedure to be followed for the substitution of

------------------------------------

        [1]Joe McRae is named as McRae's [representative] on his death certificate, he resides at 920 Hawley
Avenue, Syracuse, NY 13203.  *Dkt. No. 59.*

parties upon the death of a party.  Rule 25(a)(1) provides that a motion for substitution may be filed by any party or by the "successors or representatives of the deceased party."  FED. R. CIV. P. 25(a).  If a motion for substitution is not filed within "ninety days after the death of a party has properly been suggested upon the record...the action shall be dismissed as to the deceased party."  *Id.*

It has been more than ninety days since defendant's counsel filed the suggestion of death on the record.  *See Dkt. No. 59.*  During such time, no person has filed a motion for substitution nor requested an extension of time to file a motion for substitution.  Therefore, this case must be dismissed for failure to prosecute.

WHEREFORE, it is hereby

ORDERED, that this case be dismissed for failure to prosecute, and it is further

ORDERED, that the Clerk serve a copy of this Order on McRae's representative, and the defendant by regular mail.

IT IS SO ORDERED.


Dated:         June 1, 2006
               Albany, New York

Gary L. Sharpe
U.S. District Judge